2094

DET057237

UNITED STATES DISTRICT COURT
for the STATE OF MICHIGAN
EASTERN DISTRICT, SOUTHERN DIVISION

JEFFREY LYNN GERMAIN and MARTY BRYAN MILLER and;
STEPHEN SAUNDERS LEITH and JOHN J. ORLANDO and;
WILLIE F. AGEE and EFREN PAREDES, Jr. et al
and
HENRY HILL, et al for Case number 10-14568 this Court.
    PETITIONER(s),

vs.                                CASE NUMBER: _____

WARDEN LARSON, Warden for:
Central Michigan Correctional Facility, 320 N. Hubbard St.
    RESPONDENT                     St. Louis, MI 48880
_____/

By Agent: Amy E. Meissner - Germain
For: N.A.I.L.S.®, Inc.
    -7710 Abbott South, Suite #6
    Miami Beach, Florida 33141
    (305)-861-9602
    Email: info@nailslawfirmreferrals.com
    www.NailsLawFirmReferrals.com
OR:  www.WeThePeopleTheAmericanParty.com  /

Case:2:13-cv-12904
Judge: Cleland, Robert H.
MJ: Whalen, R. Steven
Filed: 07-03-2013 At 10:16 AM
HC GERMAIN ET AL V. LARSON (DA)

JOINT PETITION FOR WRIT OF HABEAS CORPUS, and;
DEMAND FOR CLASS ACTION CERTIFICATION and CONSOLIDATION, and;
IMMEDIATE RELIEF FOR PLAINTIFFS IN SUMMARY FORM and;
MOTION FOR INJUNCTIVE RELIEF FOR CITIZENS WHO ARE BEING HELD AS
"INMATES" IN THE VARIOUS MICHIGAN JAILS AS A RESULT OF THE
CONTINUING PATTERN OF MISBEHAVIOR BEING PERPETRATED UPON THEM BY
OSTENSIBLE AGENTS FOR THE GOVERNMENT ACTING IN COLLUSION AND
UNDER COLOR OF AUTHORITY AND COLOR OF LAW

Now comes Jeffrey L. Germain and Marty B. Miller and Stephen

S. Leith and John J. Orlando and Willie F. Agee and Efren

Paredes, Jr. and Henry Hill, et al from case number 10-14568

incorporated herein and hereafter collectively referred to as the

Instant Petitioners" and/or "Class Representatives", also

presenting are the collective plaintiffs, who are represented by

the afore-mentioned petitioners and are individually identified

by Name and Michigan Department of Correction ("MDOC") Numerical

Identifiers that have been submitted on an attached list that is

titled EXHIBIT-VICTIMS", and are hereafter referred to as "Class

Members" who also join in submitting to this court the following

Petition for Habeas relief by and through their collective agent Amy E. Meissner - Germain, for this honorable Court to inquire into the cause of detention of the above captioned Petitioners and the identified "Class Members" who are currently restrained of their liberty in the Carson City Correctional Facility (DRF) located at 10274 Boyer Road Carson City, Michigan 48811-5008 and other ("MDOC") and Michigan State facilities respectively.

Jurisdiction in this court is proper to review this original action, **Pursuant to** 28 USC § 2241 (c)(1)(3); 28 USC § 2241 (d); 28 USC § 2242 et seq ; 28 USC § 2243 et seq ; 28 USC § 2244 et seq ; 28 USC § 2245 et seq ; 28 USC § 1343(a)(3); as well as 28 USC § 2254 (B)(i)(ii) exclusively.

The Petitioners assert for the record to the best of their knowledge and belief, that there are no other pending actions relative to these claims in any other Courts of competent jurisdiction.

**CLASS CERTIFICATION** is proper and is necessary, as well as required by law and pursuant to the Federal Rules of Civil Procedure ("FRCP") Rule 23, and more specifically;

FRCP 23(a)(1)(2)(3)(4);

FRCP 23(b)(1)(A)(3)(D);

FRCP 23(c)(A)(B)(C);

FRCP 23(c)(2)(A)(B)(i)(ii)(iii)(iv)(v)(vi)(vii);

FRCP 23(d)(1)(A)(B)(i)(ii)(iii);

FRCP 23(d)(1)(C)(D)(E).

(2)

MC

## MEMORANDUM IN SUPPORT

The "Instant Petitioners" do hereby advance their legal argument in support of the granting of the Writ of Habeas Corpus and the Class Action Certification, by providing the following factual information and evidence to the Court as the rules of procedure prescribe and the law requires, and is hereby submitted in the following forms;

(1). Plaintiffs collectively share several irrefutable commonalities by way of evidence, that being, no proper complaint or any complaint was/were ever filed, thereby proving that the inferior courts never had subject matter jurisdiction or any lawful authority and therefore all actions were/are void ab initio as absolute nullities regarding the attached captioned cases.

(2). Plaintiffs are illegally detained and unlawfully restrained of their Constitutional right to liberty, contrary to the Fourth Amendment of the United States Constitution.

The illegal and unlawful detention by the Instant Respondent/s is occurring in the ("MDOC") facility within the geographical confines of the State of Michigan and more specifically        STF Correctional Facility.

Other facilities yet to be specifically identified, yet being the exact locations of other yet unidentified "Class Members", and equates to any facility in Michigan that is currently restraining individual citizens under the fictitious auspice of Constitutional Due Process, yet who are actually being similarly abused. These facilities are; e.g. City Jails, County Jails,

(3)

MC

Twshp. holding cells, etc.

(3). Plaintiffs are being restrained as a result of the various Respondent's reliance on illegal and unlawful orders of commitment that were/are being erroneously issued by various purported, Michigan State District Court and Circuit Court Judges and routinely upheld by State Court of Appeal Judges and State Supreme Court Judges who are actually acting under color of law and color of authority, Whose decisions the various Respondents have been relying on in good faith, to continue the illegal and unlawful detention of the various plaintiffs.

(4). The purported Trial Court was without Subject Matter Jurisdiction as there was never a criminal complaint issued and/or filed upon which Plaintiff/s could have been arrested at the District Court level nor convicted at the "Trial Court" level.

Since no felony complaint included any crime/s for probable cause review by the Magistrate Judge at the District Court level so as to cause to be issued, a warrant for the arrest of plaintiffs, said warrants were never properly created nor filed.

Therefore, no valid "BIND OVER" could ever occur in order to cause the "VICTIMS" to be forwarded to any Michigan Circuit Court for any legal or lawful process, as all things occurring in this venue would be absolutely void as well.

(5). Respondent, Warden Larson , is the Warden of STF Correctional Facility, In St. Louis , Michigan, where the "Instant Petitioners" are being unlawfully detained.

(6). Respondents, yet to be identified are the Police,

(4)

Sheriffs, Constables etc. etc. of the various aforementioned Michigan Jails and holding facilities, that are situated in Michigan, where the "Class Members" who have been and are being identified, are being unlawfully detained and imprisoned.

(7). The issue/s to be resolved involve legal principles of major significance to the State's jurisprudence, and questions the validity of the State District Courts and the Circuit Courts as well as the State Court of Appeals and the State Supreme Court, jurisdictional authority, where the purported charging devices failed to include the statutory mandated criterion vesting the court with any jurisdiction over the parties, even had they been filed(emphasis added).

The possible greater significance, is the overwhelming and debilitating impact that these collective abuses have caused to, not only those illegally confined but to the families, loved ones and TAXPAYERS who have been systematically coerced, cajoled and bamboozled in order for the perpetrators to finance this self serving bastardizing of the law in order for the few to prosper at the expense of the many in this thing they call "The Business of Law".

(8). Plaintiffs assert that medical care is also being denied the restrained "Class Members" and that the substantial evidence that has been gathered by Officers of the Court and Members of the Michigan Bar Association is being witheld so that these same persons can financially profit from the aforementioned abuses.

Unfortunately, the Attorneys and Law Firm, i.e. Ari Kresch and Alyson Oliver of Kresch/Oliver PLLC, located at 24100

Southfield Rd. Suite 305, Southfield, Michigan 48075 Tele:(248)-327-6556 and (800)-529-3476, were informed by Instant Petitioners, Germain in numerous letters and phone calls, though they still continue to turn a blind eye to these factual assertions while continuing to solicit in the tens of thousands, supposedly to file a class action law suit for the deprivation of medical treatments.

However, these particular attorneys do not seem to feel the legal or moral or professional obligation to inform on their legal brethren, either to their purported clients or the Courts.

Therefore, since they refuse to assist their purported clients, yet plan to prosper from their illnesses and captive status, it is the respectful request of the instant Petitioners that this Court shall Order these Attorneys as individuals and to Order the PLLC as well, to surrender the tens of thousands of aquired solicitations for information from these prisoners, so that known members can be matched to their questionnaires in order to consolidate claims for Judicial economy as well as, being able to discover new members.

We believe, as Class Representatives, these prisoners would rather have their freedom now rather than to wait for Kresch/Oliver PLLC to decide whether these persons are viable candidates for a very specialized class action suit.

They may never garner the "Client" one iota of money or one scintilla of freedom or any timely medical attention.

Mostly, because it appears not to be their intention to allow their purported clients, transparency with regard to their

(6)

MC

possible illegal restraint. Or to perform the required due diligence to ascertain whether the purported Clients are being illegally and unlawfully restrained.

Petitioners continue to reference Kresch/Oliver PLLC clients as purported because, the Law, the Rules of Professional Conduct and their oaths require them to investigate, participate and expose when they discover the aforementioned violations of law and deprivations of Constitutional Rights.

Since they fail to perform these duties, the persons who they call "clients" may only turn out to be fraudulently acquired victims. Any information that would confirm these assertions would not be privileged work product and is necessary to expedite exposure so that the truly sick, may acquire medical treatment more expediently than Kresch/Oliver PLLC is willing or able to provide them.

Additionally, Kresch/Oliver PLLC and any and all Attorneys working for or with them regarding a class action for deprivation of medical treatment involving Michigan prisoners ("Class Members"), should be barred from filing such an action as it is the intention of the certified class to subpoena these persons for documents and testimony, thus they would be conflicted as legal counsel.

Should this Court refuse to compel Kresch/Oliver PLLC or affiliates to surrender the requested documents, it is the intention of this Class, by and through its members to solicit every discernible "prisoner" that Kresch/Oliver PLLC solicited from "MDOC" databases or private sources providing the same

(7)

MC

contact information.

By their own admission a possible Fifteen thousand to approximately One Hundred thousand prisoners was their target solicitation.

It is our possition (Class Representatives) that Kresch/Oliver PLLC potential claims should be required to be consolidated with the instant action. Especially since various member's health and possibly their lives are at stake.

(9). Plaintiffs assert that there is no other available remedy by law to address the illegal detention, other than by way of this Habeas Corpus proceeding at this time. Any request for redress in a State Court would be vexatious and utterly futile, since the State Judge at any level is more probably than not, himself/herself a perpetrator and coconspirator and **NOT a Neutral Detached Magistrate or fact-finder**, as the law requires.

## Relevant Facts and Background
### Common to All Asserted Claims

(A). Plainitff/s are currently detained by the various respondents who, at all times relevant, are acting on behalf of the ("MDOC") and other Michigan State facilities, albeit under color of authority. Good faith reliance on a void order of commitment still does not justify the continuing restraint by the various respondents.

(B). Plaintiffs aver that their confinement is contrary to both State and Federal Constitutions, i.e. US CONST. AMS. IV, V, VI, XIV; and Const 1963, art 1 § 17.

(C). The law provides that it MUST first appear that an

(B)

MC

offense cognizable by the Court has been committed before it becomes the duty of the Magistrate to issue a warrant for arrest, since no valid warrants have ever been issued and/or filed anywhere as the law requires relative to the purported instant offense, it certainly stands to reason that the absence of such a warrant is either due to judicial abuse and bias or the actual recognized absence of the required elements that would allow/require the Magistrate to act, so he/she declines to act for the Prosecutor.

## Issuing the Writ

(D). Plaintiffs urge this Court to grant the Writ forthwith and with out any delay and to compel Respondent to comply with this courts order for petitioners immediate release from confinement, as Petitioners and "Class Members" are imprisoned under an illegal premise in violation of their Constitutional Rights.

## Summary of Arguments, and the Necessity for the Writ

Plaintiffs should prevail in this cause of action for their argument of the inferior courts lack of subject matter jurisdiction or any valid jurisdiction at all. Further the official record will demonstrate that there is/are no criminal complaint/s filed in the respective purported cases, that which begins the judicial process against the class members.

As jurisdiction always depends upon the allegations instead of the facts, the question of jurisdiction does not therefore depend on the truth or falsehood of the charge, but upon the nature ** it is determinable upon the commencement, not on the

(9)

MC

conclusion of the inquiry. This requires the filing of a felony criminal complaint containing specific requisite information that are sworn to as a matter of law and filed in a specific manner and at a specific location, also according to law. This required thing, to this date has never been done and as a result cannot lawfully be done. Therefore;

## Standard of Review

As an original action in this court a de novo review is required and as such Petitioners present, adopt and hereby incorporate in toto and in support of their legal arguments, the official record of the lower court and proposed "Motion for Summary Disposition to Vacate Void Judgement for LACK OF SUBJECT MATTER JURISDICTION; and to Issue Immediate Order of Release" that is hereby attached and also contains the required bonifides and exhibits of evidence as is required to support plaintiffs assertions and factual allegations as well as book copies of Michigan Court Rules ("MCR") and Michigan Compiled Law ("MCL") and Case Law that has been disseminated by the U.S. Government, to continue to inform the citizenry of the decisions of the Superior Courts in proper context and as the law requires they be disseminated. These appendixes are collectively submitted under the title of "CUMULATIVE EXHIBIT 𝒶𝒽𝒶𝒽 A."

## CONCLUSION

The factual assertions and allegations of Constitutional violations and governmental improprieties necessitate the intervention by this Honorable Court so as to, facilitate the review of the combined evidences so that the actual redress

(10)

requested may be implemented forthwith and without any delay as the law provides. Time is of the essence, as the harms complained of continue to be exacerbated by the illegal repetitive bad acts of the aforementioned ostensible agents and their various cohorts who are purportedly doing their jobs daily.

## RELIEF REQUESTED

WHEREFORE, Petitioners pray, that in light of all of the foregoing arguments and evidences listed above and attached hereto, that this honorable court shall grant the "Instant Petitioners" Writ of Habeas Corpus and issue an order that is appropriate to compel the ostensible agents for the government to relinquish the improper custodial control forthwith and without any delay.

Additionally, to identify, classify and certify the requested "Class" and to notify the "Class Members" of same. Also, to commence a proper and vigilant investigation and inquiry into the legality of detention of the various "Class Members" who have been identified, who are asserting that they are being illegally and unlawfully restrained and detained. Also, to grant the injunctive relief requested herein and issue appropriate Orders in order to enjoin the purported agents for the government from continuing their collective abuses and heinous deprivations of the Civil Rights that the State Constitution and more emphatically the United States Constitution provides for its citizenry. The Federal violations in these instances would be defined in Title 18 § 241 and 242 as well as 1509 as well as Title 42 § 1985.

This Court, should cause, by appointment if necessary, the

MC

assistance of counsel for the lawful facilitation of their ("Class Members") release from confinement, where ever they should be found to be imprisoned. And to provide any other redress that is lawful and that this Court considers just.

As well, Petitioners and Members would anticipate that the Court would initiate investigations as an Officer of the Court and an agent of the People, and to facilitate or assist in the facilitation of levying criminal charges against those who would be found, in this review, to be of a criminal nature. (i.e. Judges, Prosecutors, Police Officers, Attorney Generals, and Attorneys, as well as Governors), and any others who are subsequently exposed as being additional aiders and abetters, and defined as responsible parties to the kidnap of, and the illegal and unlawful confinement of the "Instant Petitioners" and the "Class Members", not withstanding the Frauds, Thefts, Extortion, Coercions, Misfeasances, Malfeasances, Nonfeasances, Perjury, Criminal Abuse of Public office, Filing False Official Reports, Acts of Omission, Fraud on the Court, Criminal Facilitation, Manslaughter, Second Degree Murder, Tyranny and NATIONAL TERRORISM etc. etc.

It would be prudent to keep in mind that the submitted attached list of "Class Members" is reflective of only a small portion of potential "Class Member" victims, that have suffered in at least the last 50 years, in the Courts, in the State of Michigan.

The Instant Petitioners would also respectfully request that this Court issue a continuing Order that allows the continued

(12)

amending of this Instant action as the specific identities of other Members become known and their location discovered. These potential Members could and should be identified through Court records which are public and these Members should be provided a forum for redress as the law and the Constitution of the United States provides for its citizens. This should be done to minimize and obviate the affirmative bad acts that were and are being visited upon these presumptively innocent citizens.

Respectfully Submitted

By _____
PETITIONER/REPRESENTATIVE
JEFFREY L. GERMAIN

By _____
PETITIONER/REPRESENTATIVE
STEPHEN S. LEITH

On behalf of John Doe/s and Jane Doe/s and;

Filed by: Amy E. Meissner - Germain AND DOMINIC ORLANDO
Agent for;
National Alliance for Independent Lawyers Syndicated

N.A.I.L.S.® Inc.
7710 Abbott South
Suite #6
Miami Beach Florida 33141
(305)-861-9602
E-mail: info@nailslawfirmreferrals.com
www.nailslawfirmreferrals.com
Dated June 12, 2013

**VERIFICATION**

The above named Petitioner/Representatives hereby verify that the foregoing assertions and averments are true to the best of their information knowledge and belief. The above named Agent hereby attests that the foregoing Motions have been filed with the clerk of the Court for the United States District Court in the State of Michigan for the Eastern District, Southern Division on the _____ day of August 2012 by delivering to the Clerk pursuant to Court Rules.

(13)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING

[ Item (1) ] = Page/s 0001 > 0014
WRIT OF HABEAS CORPUS AS A CLASS ACTION FOR HOSTAGES INTERNED IN MICHIGAN
DEPARTMENT OF CORRECTION'S FACILITIES  Verbatim Text
                    14-A-
[ Item (2) ] = Page 15
28 USC § 1343(a)(3) BOOK COPY

[ Item (3) ] = Page/s 0016 > 0018
CHAPTER 153 -HABEAS CORPUS; i e
*** 28 USC § 2241 et seq BOOK COPY
*** 28 USC § 2242 et seq BOOK COPY
*** 28 USC § 2243 et seq BOOK COPY
*** 28 USC § 2244 et seq BOOK COPY
*** 28 USC § 2245 et seq BOOK COPY
*** 28 USC § 2254(B)(i) and (B)(ii) BOOK COPY

[ Item (4) ] = Page/s 0019 > 0020
42 USC § 1983 (110 Stat  3853) BOOK COPY
*** 42 USC § 1986 (17 Stat  15) BOOK COPY
*** 42 USC § 1985 (17 Stat  13)(1) (2) (3) BOOK COPY

[ Item (5) ] = Page/s 0021 > 0024
FEDERAL RULES OF CIVIL PROCEDURE;
RULE 3  Commencing an Action  Plus Notes BOOK COPY

[ Item (6) ] = Page/s 0025 > 0027
FEDERAL RULES OF CIVIL PROCEDURE;
RULE 23  Class Actions;
*** 23(a)(1) (2) (3) (4) BOOK COPY
*** 23(b)(3)(D) BOOK COPY
*** 23(c)(A) (B) (C) BOOK COPY
*** 23(2)(A) BOOK COPY
*** 23(B)(i) (ii) (iii) (iv) (v) (vi) (vii) BOOK COPY
*** 23(d)(1)(A) BOOK COPY
*** 23(d)(1)(B)(i) (ii) (iii) BOOK COPY
*** 23(d)(1)(C) BOOK COPY
*** 23(d)(1)(D) BOOK COPY
*** 23(d)(1)(E) BOOK COPY

[ Item (7) ] = Page/s 0028 > 0032
*** FEDERAL RULES OF CRIMINAL PROCEDURE;
RULE 3  The Complaint et seq  Plus Notes BOOK COPY
*** FEDERAL RULES OF CRIMINAL PROCEDURE;
Arrest Warrant or Summons on a Complaint·
    RULE 4(a) and (4)(b)(1)(A) (B) (C) (D) BOOK COPY
*** FEDERAL RULES OF CRIMINAL PROCEDURE;
Initial Appearance
    RULE 5(a)(1)(A) BOOK COPY
    RULE 5(a)(3)(b) BOOK COPY
    RULE 5(a)(3)(c)(1)(A) BOOK COPY
    RULE 5(a)(d)(1)(A) (B) BOOK COPY

(MTOC#1)

MASTER TABLE OF CONTENTS

for

WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

[ Item (8) ] = Page/s 0033 > 0038
Table of contents for attachments for Senior Writ of Habeas Corpus Class
Action.

[ Item (9) ] = Page/s 0039 > 0040
Caption page for [ CUMULATIVE EXHIBIT - A ] and Section A; Synopsis 2 Pages

[ CUMULATIVE EXHIBIT - A ] = actual ATTACHED EXHIBITS [ 1845 pages ]

[ Items 10 > 22 = Pages A5 > A260 ]

[ Item (10) ] = Page/s 0041 > 0047
Table of Contents for; PORTFOLIO OF INSTRUCTIONS and STATE and FEDERAL CASE
CITES and CASE LAW as well as STATE and FEDERAL COURT RULES and MODEL MOTIONS
to CHALLENGE "LACK OF SUBJECT MATTER JURISDICTION" plus CHECKLIST and
PROLOGUE and INTRODUCTION. 7 Pages

[ Item (11) ] *** 10 STEPS
PROCEDURE FOR COURT TO ACQUIRE SUBJECT MATTER JURISDICTION. 5 Pages

[ Item (12) ] *** Section  D =
[ TABLE OF AUTHORITIES   ALPHABETICAL ]. 6 Pages

[ Item (13) ] *** Section  D1 =
[ CHRONOLOGICAL DATE   TABLE OF AUTHORITIES ]. 6 Pages

[ Item (14) ] *** Section  D2 =
[ FEDERAL CITATION   TABLE OF AUTHORITIES ]. 9 Pages

[ Item (15) ] *** Section  E =
TABLE OF AUTHORITY INDEX FOR; "MICHIGAN COURT RULES" ]. 4 Pages

[ Item (16) ] *** Section  F =
TABLE OF AUTHORITY for; "MICHIGAN COMPILED LAW" ] 4 Pages

[ Item (17) ] *** Section  14-A =
MICHIGAN COURT RULES   verbatim   INDEX. 17 Pages

[ Item (18) ] *** Section  28-A =
MICHIGAN COMPILED LAW   verbatim   INDEX. 18 Pages

[ Item (19) ] *** Section  T or (44-A) =
LEGISLATIVE INTENT CHRONOLOGY. 49 Pages

[ Item (20) ] *** Section  EXHIBIT  MCR =
Table of Authorities and BOOK COPIES of Michigan Court Rules. 25 Pages

[ Item (21) ] *** Section  EXHIBIT  MCL =
Table of Authorities and BOOK COPIES of Michigan Compiled Law. 32 Pages

[ Item (22) ] *** Section  W =
[ MODEL MOTION ] titled  MOTION FOR SUMMARY DISPOSITION TO VACATE VOID
JUDGMENT for LACK OF SUBJECT MATTER JURISDICTION and ISSUE ORDER FOR IMMEDIATE
RELEASE. 72 Pages

(MTOC#2)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING - continued

[ Item (23) ] *** Section   B; Synopsis
Page 297

[ Items 24 > 42 = Pages B1 > B207 ]

[ Item (24) ] *** Section   W continued =
SECOND MODEL MOTION for JEFFREY L  Germain // TABLE OF CONTENTS INDEX OF
ATTACHMENTS FOR; JEFFREY L  GERMAIN  Prison #163033; Case #05 005421 01 FY //
TABLE OF AUTHORITIES INDEX 75 Pages

[ Item (25) ] *** [Appendix - DCR] =
District Court Register of Actions  for case #05 195 FY 3 Pages

[ Item (26) ] *** [Appendix - A] =
COMPLAINT FELONY" purportedly! 2 Pages

[ Item (27) ] *** [Appendix - B] =
WARRANT FELONY" purportedly! 2 Pages

[ Item (28) ] *** [Appendix - C] =
WAYNE COUNTY WARRANT RECOMMENDATION  2 Pages

[ Item (29) ] *** [Appendix - D] =
APPEARANCE BY RETAINED ATTORNEY" 2 Pages

[ Item (30) ] *** [Appendix - E] =
BIND OVER PACKET CERTIFICATION  purportedly! 2 Pages

[ Item (31) ] *** [Appendix  F] =
BIND OVER  certificate  purportedly! 2 Pages

[ Item (32) ] *** [Appendix - G] =
INFORMATION FELONY" purportedly! 2 Pages

[ Item (33) ] *** [Appendix - GG] =
Purported  CIRCUIT COURT ARRAIGNMENT TRANSCRIPT  4 Pages

[ Item (34) ] *** [Appendix - H] =
APPEARANCE BY RETAINED ATTORNEY  2 Pages

[ Item (35) ] *** [Appendix - J] =
Purported  VERDICT FORM" 2 Pages

[ Item (36) ] *** [Appendix - K] =
Purported  ORDER OF CONVICTION AND SENTENCE  2 Pages

[ Item (37) ] *** [Appendix - L] =
Purported  JUDGMENT OF SENTENCE AND ORDER OF COMMITMENT TO DEPARTMENT OF
CORRECTIONS  3 Pages

[ Item (38) ] *** [ Appendix  Umbarger Testimony ] transcript 35 Pages

(MTOC#3)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

[ Item (39) ] *** [Appendix  CCR] =
CIRCUIT COURT REGISTER OF ACTIONS  Case #05 005421 01 FY  5 Pages

[ Item (40) ] *** Table of Authorities Index for Michigan Court Rules 2 Pages

[ Item (41) ] *** Table of Authorities Index and;
BOOK COPIES of Michigan Court Rules 26 Pages

[ Item (42) ] *** Table of Authorities Index and;
BOOK COPIES of Michigan Compiled Law 34 Pages

[ Item 43 = Pages 8208 > 8740 plus;
EXHIBIT   CASE# 115 which consists of 1 caption page and;
36 pages that are page numbered accordingly

Table of Authorities; Index for EXHIBIT  CASE#
In Chronological Case order and Chronological Date order  < 15 pages >
This section contains the 115 cases cited and attached in BOOK COPIES

***Turner v People
***33 MICH 363 (1876)              < 12 pages >           [ EXHIBIT   Case # 1 ]

***In re Sarah Way
***41 MICH 299 (1879)              < 4 pages >            [ EXHIBIT   Case # 2 ]

***People v Heffron
***53 MICH 527 (1884)              < 3 pages >            [ EXHIBIT   Case # 3 ]

***People v Clement
***72 MICH 116 (1888)              < 3 pages >            [ EXHIBIT   Case # 4 ]

***Muskrat v U S
***219 US 346 (1910)               < 4 pages >            [ EXHIBIT   Case # 5 ]

***Brown v Hadwin
***182 MICH 491 (1914)             < 5 pages >            [ EXHIBIT - Case # 6 ]

***Goetz v Black
***256 MICH 564 (1932)             < 5 pages >            [ EXHIBIT   Case # 7 ]

***Strauss v Barbee
***262 MICH 113 (1933)             < 3 pages >            [ EXHIBIT   Case # 8 ]

***Jackson City Bank and Trust v Fredrick
***271 MICH 538 (1935)             < 6 pages >            [ EXHIBIT   Case # 9 ]

***People v Monick
***283 MICH 195 (1938)             < 4 pages >            [ EXHIBIT   Case # 10 ]

***Warner v Nobel
***285 MICH 654 (1938)             < 9 pages >            [ EXHIBIT   Case # 11 ]

(MTOC#4)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

***Fox v Martin
***267 MICH 147 (1938)          < 5 pages >          [ EXHIBIT    Case # 12 ]

***In re Fraser
***288 MICH 392 (1939)          < 2 pages >          [ EXHIBIT    Case # 13 ]

***Shane v Heckney
***341 MICH 91 (1956)           < 6 pages >          [ EXHIBIT    Case # 14 ]

***Giordenello v U S
***357 US 480 (1958)            < 5 pages >          [ EXHIBIT    Case # 15 ]

***United States v Interbartolo
***192 F Supp 587 (1961)        < 5 pages >          [ EXHIBIT    Case # 16 ]

***United States v Rivera
***321 F 2d 704 (1963)          < 4 pages >          [ EXHIBIT    Case # 17 ]

***Fox v University of Michigan Board of Regents
***375 MICH 238 (1965)          < 2 pages >          [ EXHIBIT    Case # 18 ]

***Jaben v U S
***381 US 214 (1965)            < 6 pages >          [ EXHIBIT    Case # 19 ]

***State Hwy Comm v Gulf Oil Corp
***377 MICH 309 (1966)          < 5 pages >          [ EXHIBIT    Case # 20 ]

***Whitely v Warden of Wyoming State Penitentiary
***401 US 560 (1971)            < 6 pages >          [ EXHIBIT    Case # 21 ]

***United States v Reaslev
***485 F 2d 60 (1973)           < 4 pages >          [ EXHIBIT    Case # 22 ]

***Gerstein v Pugh
***420 US 103 (1975)            < 9 pages >          [ EXHIBIT    Case # 23 ]

***People v Johnson
***396 MICH 424 (1976)          < 15 pages >         [ EXHIBIT    Case # 24 ]

***Bandfield v Wood
***104 Mich App 279 (1981)      < 2 pages >          [ EXHIBIT    Case # 25 ]

***Kent Prosecutor v Kent Judges
***110 Mich App 404 (1981)      < 3 pages >          [ EXHIBIT    Case # 26 ]

***People v Eaton
***184 Mich App 649 (1990)      < 7 pages >          [ EXHIBIT    Case # 27 ]

***In re Waite
***188 Mich App 189 (1991)      < 11 pages >         [ EXHIBIT    Case # 28 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

***County of Riverside v McLaughlin
***500 US 44 (1991)          < 9 pages >          [ EXHIBIT   Case # 29 ]

***Bowie v Arder
***441 MICH 23 (1992)        < 19 pages >         [ EXHIBIT   Case # 30 ]

***Patterson v Klieman
***447 MICH 429 (1994)       < 4 pages >          [ EXHIBIT   Case # 31 ]

***People v Goecke
***457 MICH 442 (1998)       < 24 pages >         [ EXHIBIT   Case # 32 ]

***Depyper v Safeco Inc Co of America
***232 Mich App 433 (1998)   < 6 pages >          [ EXHIBIT   Case # 33 ]

***Maiden v Rozwood
***461 MICH 109 (1999)       < 20 pages >         [ EXHIBIT   Case # 34 ]

***People v Higuera
***244 Mich App 429 (2001)   < 17 pages >         [ EXHIBIT   Case # 35 ]

***Overton v Ohio
***534 US 982 (2001)         < 2 pages >          [ EXHIBIT   Case # 36 ]

***In re Amh
***248 Mich App 144 (2001)   < 27 pages >         [ EXHIBIT   Case # 37 ]

***Howard v Bouman
***251 Mich App 136 (2002)   < 6 pages >          [ EXHIBIT   Case # 38 ]

***United States v Cotton
***535 US 625 (2002)         < 4 pages >          [ EXHIBIT   Case # 39 ]

***Reed v Reed
***265 Mich App 131 (2005)   < 22 pages >         [ EXHIBIT   Case # 40 ]

***Reed v Yackel
***473 MICH 520 (2005)       < 21 pages >         [ EXHIBIT   Case # 41 ]

***Matter of Green
***313 S E 2d 193 (1984)     < 1 page >           [ EXHIBIT   Case # 42 ]

***Rodrigues v State
***441 So 2d 1129 (1983)     < 1 page >           [ EXHIBIT   Case # 43 ]

***Stillwell v Markham
***135 KAN 206 (1932)        < 1 page >           [ EXHIBIT   Case # 44 ]

***State v Chatmon
***671 P 2d 531 (1983)       < 1 page >           [ EXHIBIT   Case # 45 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING - continued

***Honomichl v State
***333 N W 2d 797 (1983)          < 1 page >          [ EXHIBIT   Case #  46 ]

***Ex parte Carlson
***176 WIS 538 (1922)             < 1 page >          [ EXHIBIT   Case #  47 ]

***Ralph v Police of El Cerrito
***190 P 2d 632 (1948)            < 1 page >          [ EXHIBIT   Case #  48 ]

***People v Hardiman
***132 Mich App  382 (1984)   < 3 pages >          [ EXHIBIT   Case #  49 ]

***Holmes v Mason
***80 NEB 454 (1888)              < 1 page >          [ EXHIBIT   Case #  50 ]

***People v Katrina
***185 Cal  Rptr  869 (1982)  < 1 page >          [ EXHIBIT   Case #  51 ]

***State v Christiansen
***110 WIS 2d 538 (1938)          < 1 page >          [ EXHIBIT - Case #  52 ]

***State ex rel Hanson v Rigg
***258 MINN 388 (1960)            < 1 page >          [ EXHIBIT   Case #  53 ]

***Kelly v Meyers
***263 Pac  903 (1928)            < 1 page >          [ EXHIBIT   Case #  54 ]

***MICH  STATE CONST (1963)   < 42 pages >       [ EXHIBIT   Case #  55 ]
M C L A Const  Preamble (1964)< 14 pages >       [ EXHIBIT - Case #55 A ]

***State v  Patterson
***98 N C  680 (1887)             < 1 page >          [ EXHIBIT   Case #  56 ]

***Joiner v State
***233 GA 367 (1967)              < 1 page >          [ EXHIBIT   Case #  57 ]

***Ferril v Keel
***105 ARK 380 (1912)             < 1 page >          [ EXHIBIT   Case #  58 ]

***Preckel v Byrne
***62 N D  356 (1932)             < 1 page >          [ EXHIBIT - Case #  59 ]

***Commonwealth v Illinois Cent  R  Co
***160 Ky 745 (1974)              < 1 page >          [ EXHIBIT   Case #  60 ]

***Sjoberg v Security Savings & Loan Assn
***73 MINN 203 (1898)             < 1 page >          [ EXHIBIT   Case #  61 ]

***State v Burrow
***119 TENN 376 (1907)            < 1 page >          [ EXHIBIT   Case #  62 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING     continued

***Vaughn & Ragsdale Co  v State Bd of Ed
***96 P 2d 420 (1939)          < 1 page >              [ EXHIBIT     Case #   63 ]

***Morgan v Murray
***328 P 2d 644 (1958)         < 1 page >              [ EXHIBIT     Case #   64 ]

***People v Dettenthaler
***118 MICH 595 (1898)         < 1 page >              [ EXHIBIT     Case #   65 ]

***Swann v Buck
***40 MISS 270 (1878)          < 1 pages >             [ EXHIBIT     Case #   66 ]

***State of Nevada v Rogers
***10 NEV 120 (1875)           < 1 page >              [ EXHIBIT     Case #   67 ]

***Cain v Robbins
***61 NEV 416 (1942)           < 1 page >              [ EXHIBIT     Case #   68 ]

***Kefauver v Spurling
***29 S W  14 (1926)           < 1 page >              [ EXHIBIT     Case #   69 ]

***Leininger v Alger
***316 MICH 644 (1947)         < 1 page >              [ EXHIBIT     Case #   70 ]

***State v Burlington & M R R  Co
***60 NEB 741 (1900)           < 1 page >              [ EXHIBIT     Case #   71 ]

***Bull v King
***286 N W  311 (1939)         < 1 page >              [ EXHIBIT     Case #   72 ]

***State v Beckman
***185 S W  2d 810 (1945)      < 1 page >              [ EXHIBIT     Case #   73 ]

***People v Monroe
***349 ILL 270 (1957)          < 1 page >              [ EXHIBIT     Case #   74 ]

***State v Yardley
***95 TENN 546 (1895)          < 1 page >              [ EXHIBIT     Case #   75 ]

***Megins v City of Deluth
***97 MINN 23 (1906)           < 1 page >              [ EXHIBIT     Case #   76 ]

***Hyman v State
***87 TENN 109 (1888)          < 1 page >              [ EXHIBIT     Case #   77 ]

***Wimberly v Georgia
***5 Ga App  263 (1908)        < 1 page >              [ EXHIBIT     Case #   78 ]

***State v Clinton County
***166 IND 162 (1906)          < 1 page >              [ EXHIBIT     Case #   79 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

***Glasser v Rothchild
***221 MO 180 (1909)              < 1 page >              [ EXHIBIT   Case #  80 ]

***Brown v Cower
***225 Ga  165 (1969)             < 1 page >              [ EXHIBIT   Case #  81 ]

***Posados v Warner
***279 US 340 (1928)              < 1 page >              [ EXHIBIT   Case #  82 ]

***Internat Shoe v Shartel
***279 US 429 (1928)              < 1 page >              [ EXHIBIT   Case #  83 ]

***Ex parte Crane
***27 IDAHO 671 (1915)            < 1 page >              [ EXHIBIT – Case #  84 ]

***State v McEnroe
***283 N W  57 (1938)             < 1 page >              [ EXHIBIT   Case #  85 ]

***State v Rigg
***260 MINN 141 (1961)            < 1 page >              [ EXHIBIT   Case #  86 ]

***Leroy v Special Ind  Sch  Dist
***172 N W 2d 764 (1969)          < 1 page >              [ EXHIBIT   Case #  87 ]

***State v Helmer
***169 MINN 221 (1926)            < 1 page >              [ EXHIBIT   Case #  88 ]

***Coffin v Ogdon
***85 US 120 (1873)               < 1 page >              [ EXHIBIT   Case #  89 ]

***Newell v People
***7 NY 9 (1873)                  < 1 page >              [ EXHIBIT   Case #  90 ]

***State ex rel v Sutton
***63 MINN 147 (1895)             < 1 page >              [ EXHIBIT   Case #  91 ]

***State v Holm
***62 N W 2d 52 (1954)            < 1 page >              [ EXHIBIT   Case #  92 ]

***Butler Taconite v Roemer
***282 N W 2d 867 (1979)          < 1 page >              [ EXHIBIT   Case #  93 ]

***Baskin v State
***107 OK 272 (1925)              < 1 page >              [ EXHIBIT   Case #  94 ]

***United States v Siviglia
***686 F 2d 832 (1981)            < 5 pages >             [ EXHIBIT   Case #  95 ]

***State ex rel Danielson v Village of Mound
***234 MINN 531 (1951)            < 1 page >              [ EXHIBIT   Case #  96 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING - continued

***State v Mandehr
***209 N W 750 (1926)          < 1 page >          [ EXHIBIT   Case #  97 ]

***Hooker v Boles
***346 F 2d 285 (1965)          < 1 page >          [ EXHIBIT   Case #  98 ]

***Cohens v Virginia
***6 Wheat (19 US) 264 (1821) < 1 page >          [ EXHIBIT   Case #  99 ]

***Merritt v Welsh
***104 US 694 (1881)          < 1 page >          [ EXHIBIT   Case # 100 ]

***Cotting v Kansas City Stockyards
***183 US 19 (1901)          < 1 page >          [ EXHIBIT   Case # 101 ]

***Sweet v Gibson
***123 MICH 699 (1900)          < 2 pages >          [ EXHIBIT   Case # 102 ]

***Steel Co  v Citizens for a Better Enviroment
***523 US 83 (1998)          < 16 pages >          [ EXHIBIT   Case # 103 ]

***Mudge v Yaples
***59 MICH 307 (1884)          < 1 page >          [ EXHIBIT   Case # 104 ]

***Weaver v Lemmon
***62 MICH 366 (1888)          < 1 page >          [ EXHIBIT   Case # 105 ]

***Atty Gen  v Rice
***64 MICH 385 (1888)          < 1 page >          [ EXHIBIT   Case # 106 ]

***Artuz v Bennett
***531 US 4 (2000)          < 3 pages >          [ EXHIBIT   Case # 107 ]

***Holmes v Cole
***95 MICH 272 (1895)          < 1 page >          [ EXHIBIT   Case # 108 ]

***Stevenson v Bay City
***26 MICH 44 (1864)          < 1 page >          [ EXHIBIT   Case # 109 ]

***Toliver v Brownell
***94 MICH 577 (1895)          < 1 page >          [ EXHIBIT   Case # 110 ]

***Citizens Concerned for Seperation of Church and State
   v The City and County of Denver
***628 F 2d 1289 (1980)          < 7 pages >          [ EXHIBIT   Case # 111 ]

***Basso v Utah Power and Light Company
***495 F 2d 906 (1974)          < 3 pages >          [ EXHIBIT   Case # 112 ]

***United States v Addonizio
***442 US 178 (1979)          < 5 pages >          [ EXHIBIT   Case # 113 ]

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING - continued

***U S CONSTITUTION (1791)   < 19 pages >          [ EXHIBIT   Case # 114 ]

Caption Page Number (1038) =
United States of America v State of Arizona // Case  CV 10 1413 PHX SRB
(Filed July 6  2010) Decided  July 28  2010

***Arizona  appealed to the 9th Circuit Court of Appeals  The previous order
and injunction was upheld in favor of the US  This decision was also Appealed
to the Supreme Court of the United States  SCOTUS

***This case has also been referred to as:
***President  Barack Obama v The Governor and the State of Arizona

***In June of 2012 the U S  Supreme Court denied Arizona in greatest part and
upheld the US citizenries right to be FREE FROM ARREST  absent a valid WARRANT
based on PROBABLE CAUSE and sworn to upon OATH OR AFFIRMATION of the
COMPLAINANT while being decided by a NEUTRAL AND DETACHED MAGISTRATE WHO SHALL
BY LAW BE ACTING AS THE INTERPOSER BETWEEN THE PRESUMPTIVELY INNOCENT
CITIZEN/PERSON AND THE POLICE AND PROSECUTOR/S

    This act by SCOTUS reaffirms the Court s continued and consistent opinion
for over 200 years  Do we need to spend one more dime educating the Judiciary
and the Prosecutors in toto  in order to get it right?
When is ENOUGH  ACTUALLY ENOUGH?        < 36 pages >    [ EXHIBIT   Case # 115 ]

[ Item 44 = B741 > B788 ] plus;
1 Case Index page numbered (1075) which precedes page B741

[ Item (44) ] *** [ APPENDIX   I ] =
LACK OF SUBJECT MATTER JURISDICTION CHRONOLOGY OF LEGISLATIVE INTENT 48 Pages

[ Item (45) ] *** Section   C; Synopsis
Page 1124

[ Item 46 = Pages C1 > C147 ]

[ Item (46) ] *** Section   W continued =
THIRD MODEL MOTION for MARTY B  MILLER // TABLE OF CONTENTS AND INDEX OF
EXHIBIT ATTACHMENTS FOR; MARTY B  MILLER Case #82 55278 FY // ATTACHED
EXHIBITS // TABLE OF AUTHORITIES INDEX

[ Item (47) ] *** Section   D; Synopsis
Page 1272

[ Item 48 = Pages D1 > D112 ]

[ Item (48) ] *** Section   W continued =
FOURTH MODEL MOTION for STEPHEN S  LEITH // TABLE OF CONTENTS AND INDEX OF
EXHIBIT ATTACHMENTS FOR;
STEPHEN S  LEITH Prison #239190 Case #93 1705 FC // ATTACHED EXHIBITS // TABLE
OF AUTHORITIES INDEX

(MTOC#11)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

[ Items 49 > 106 page amounts = 1 caption page plus EXHIBITS ]

[ Item (49) ] *** [ CUMULATIVE EXHIBIT   B ] = DEAN RECTOR
31 Pages of EXHIBITS

[ Item (50) ] *** [ CUMULATIVE EXHIBIT   C ] = ANTHONY BONELLI
8 Pages of EXHIBITS

[ Item (51) ] *** [ CUMULATIVE EXHIBIT   D ] = ERIN F  BUSH
3 Pages of EXHIBITS          DD] = JOHN JOSEPH ORLANDO
[ Item (52) ] *** [ CUMULATIVE EXHIBIT   E ] = HUGO MORAN  DOPICO   DDD] ERNEST GREEN
4 Pages of EXHIBITS                                              SIC.
                                                       DDDD] SHANNON THOMAS

[ Item (53) ] *** [ CUMULATIVE EXHIBIT   E1 ] = JEFFREY T  DENTON
10 Pages of EXHIBITS

[ Item (54) ] *** [ CUMULATIVE EXHIBIT   E2 ] = MICHAEL D  RAIHALA
7 Pages of EXHIBITS

[ Item (55) ] *** [ CUMULATIVE EXHIBIT   E3 ] = GREGORY D  SNYDER
9 Pages of EXHIBITS

[ Item (56) ] *** [ CUMULATIVE EXHIBIT   E4 ] = CHARLES HILAR
12 Pages of EXHIBITS

[ Item (57) ] *** [ CUMULATIVE EXHIBIT   E5 ] = XAVIER VERA
4 Pages of EXHIBITS

[ Item (58) ] *** [ CUMULATIVE EXHIBIT   E6 ] = LONNIE O'STEEN
10 Pages of EXHIBITS

[ Item (59) ] *** [ CUMULATIVE EXHIBIT   E7 ] = FREDERICK N  ATKINS
14 Pages of EXHIBITS

[ Item (60) ] *** [ CUMULATIVE EXHIBIT   E8 ] = THOMAS C  PRYOR  Jr
8 Pages of EXHIBITS

[ Item (61) ] *** [ CUMULATIVE EXHIBIT   E9 ] = HASSAN M  RIZK
9 Pages of EXHIBITS

[ Item (62) ] *** [ CUMULATIVE EXHIBIT   E10 ] = TIMOTHY L  RODRIGUEZ
4 Pages of EXHIBITS

[ Item (63) ] *** [ CUMULATIVE EXHIBIT   E11 ] = JOHNNY LEE BROWN
7 Pages of EXHIBITS

[ Item (64) ] *** [ CUMULATIVE EXHIBIT   E12 ] = BRIAN K  OFFENBACHER
6 Pages of EXHIBITS

[ Item (65) ] *** [ CUMULATIVE EXHIBIT   E13 ] = CHARLES HARPER
10 Pages of EXHIBITS

(MTOC#12)

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

[ Item (66) ] *** [ CUMULATIVE EXHIBIT   E14 ] = DOUGLAS M  ALBERTA
7 Pages of EXHIPITS

[ Item (67) ] *** [ CUMULATIVE EXHIBIT   E15 ] = MICHAEL D  THOMPSON
8 Pages of EXHIBITS

[ Item (68) ] *** [ CUMULATIVE EXHIPIT   E16 ] = DENNIS E  MCGILLIS
9 Pages of EXHIBITS

[ Item (69) ] *** [ CUMULATIVE EXHIBIT   E17 ] = MARK J  SOULE
13 Pages of EXHIPITS

[ Item (70) ] *** [ CUMULATIVE EXHIBIT   E18 ] = RICKY L  TROUTEN
5 Pages of EXHIBITS

[ Item (71) ] *** [ CUMULATIVE EXHIBIT   E19 ] = ROBERT A  JONES
9 Pages of EXHIBITS

[ Item (72) ] *** [ CUMULATIVE EXHIBIT   E20 ] = BRIAN J  MILLER II
46 Pages of EXHIBITS

[ Item (73) ] *** [ CUMULATIVE EXHIBIT   E21 ] = CHRISTOPHER C  MCCRAY
29 Pages of EXHIBITS

[ Item (74) ] *** [ CUMULATIVE EXHIBIT   E22 ] = JOHN J  ANDERSON
15 Pages of EXHIBITS

[ Item (75) ] *** [ CUMULATIVE EXHIBIT   E23 ] = MICHAEL C  HOLLINGSWORTH
13 Pages of EXHIBITS

[ Item (76) ] *** [ CUMULATIVE EXHIBIT   E24 ] = CARLOS VARTENELLI
13 Pages of EXHIBITS

[ Item (77) ] *** [ CUMULATIVE EXHIBIT   E25 ] = CHESTER W  MCCOMB
20 Pages of EXHIBITS

[ Item (78) ] *** [ CUMULATIVE EXHIBIT   E26 ] = JOHNATHON A  HOWELL
4 Pages of EXHIBITS

[ Item (79) ] *** [ CUMULATIVE EXHIBIT   E27 ] = KUMAL J  BURTON
21 Pages of EXHIBITS

[ Item (80) ] *** [ CUMULATIVE EXHIBIT   E28 ] = CLIFTON P  MOFFAT
12 Pages of EXHIBITS

[ Item (81) ] *** [ CUMULATIVE EXHIBIT   E29 ] = MICHAEL L  ALLRED
18 Pages of EXHIBITS

[ Item (82) ] *** [ CUMULATIVE EXHIBIT   E30 ] = TIMOTHY A  NICHOLS
5 Pages of EXHIBITS

## MASTER TABLE OF CONTENTS
#### for
#### WRIT OF HABEAS CORPUS SENIOR PLEADING — continued

[ Item (83) ] *** [ CUMULATIVE EXHIBIT   E31 ] = DAVID A   CHERRY
6 Pages of EXHIBITS

[ Item (84) ] *** [ CUMULATIVE EXHIBIT   E32 ] = LUKEMAN A   MADYUN
11 Pages of EXHIBITS

[ Item (85) ] *** [ CUMULATIVE EXHIBIT   E33 ] = KEITH W   HENTSCHEL
11 Pages of EXHIBITS

[ Item (86) ] *** [ CUMULATIVE EXHIBIT   E34 ] = MARK A   WOODBECK
5 Pages of EXHIBITS

[ Item (87) ] *** [ CUMULATIVE EXHIBIT   E35 ] = TIMOTHY J   QUILLAN
11 Pages of EXHIBITS

[ Item (88) ] *** [ CUMULATIVE EXHIBIT   E36 ] = JIMMY N   CLARK   III
19 Pages of EXHIBITS

[ Item (89) ] *** [ CUMULATIVE EXHIBIT   E37 ] = JOHNNIE PATTERSON   III
6 Pages of EXHIBITS

[ Item (90) ] *** [ CUMULATIVE EXHIBIT   E38 ] = JOHN L   MURPHY
19 Pages of EXHIBITS

[ Item (91) ] *** [ CUMULATIVE EXHIBIT   E39 ] = LUTHER T   JENKINS
7 Pages of EXHIBITS

[ Item (92) ] *** [ CUMULATIVE EXHIBIT   E40 ] = LONNIE L   CORBEN
5 Pages of EXHIBITS

[ Item (93) ] *** [ CUMULATIVE EXHIBIT   E41 ] = JEREMY L   WILKINSON
10 Pages of EXHIBITS

[ Item (94) ] *** [ CUMULATIVE EXHIBIT   E42 ] = BRIAN L   FRAZIER
14 Pages of EXHIBITS

[ Item (95) ] *** [ CUMULATIVE EXHIBIT   E43 ] = JOHN P   PHILLIPS
3 Pages of EXHIBITS

[ Item (96) ] *** [ CUMULATIVE EXHIBIT   E44 ] = THOMAS M   VIRDEN
3 Pages of EXHIBITS

[ Item (97) ] *** [ CUMULATIVE EXHIBIT   E45 ] = TRACY C   HAMMOND
3 Pages of EXHIBITS

[ Item (98) ] *** [ CUMULATIVE EXHIBIT   E46 ] = CHARLES HAWKINS
4 Pages of EXHIBITS

[ Item (99) ] *** [ CUMULATIVE EXHIBIT   E47 ] = ROBIN RICK MANNING
3 Pages of EXHIBITS

MASTER TABLE OF CONTENTS
for
WRIT OF HABEAS CORPUS SENIOR PLEADING    continued

[ Item (100) ] *** [ CUMULATIVE EXHIBIT   F ] = "VICTIMS LIST"
40 Pages of EXHIBITS

[ Item (101) ] *** [ EXHIBIT   OK Letter ]
2 Pages of EXHIBITS

[ Item (102) ] *** [ EXHIBIT   K/O Letter #2 ]
4 Pages of EXHIBITS

[ Item (103) ] *** [ EXHIBIT   K/O Letter #3 ]
3 Pages of EXHIBITS

[ Item (104) ] *** [ EXHIBIT   K/O Letter #4 ]
3 Pages of EXHIBITS

[ Item (105) ] *** [ EXHIBIT   K/O Letter #5 ]
2 Pages of EXHIBITS

[ Item (106) ] *** [ VERIFICATION & PROOF OF SERVICE ]
1 Page

TABLE OF AUTHORITY

for WRIT OF HABEAS CORPUS

MEAD v PARKER
464 F.2d 1108 (1972)

HENSLEY v MUNICIPAL COURT, SAN JOSE MILIPITAS J.D., CAL.
93 S.Ct. 1571 (1973)

UNITED STATES EX REL. SERO v PREISER
506 F.2d 1115 (1974)

RODRIGUEZ v HAYES
591 F.3d 1105 (9th Cir. 2010)

UNITED STATES CODE

TITLE

28 USC § 1343(a)(3)

28 USC § 2241 et seq

28 USC § 2242 et seq

28 USC § 2243 et seq

28 USC § 2244 et seq

28 USC § 2245 et seq

28 USC § 2254 (B)(i),(ii) exclusively

42 USC § 1983 (110 Stat 3853)

42 USC § 1985 (17 Stat. 13) (1), (2) and (3)

42 USC § 1986 (17 Stat. 15)

FEDERAL RULES OF CIVIL PROCEDURE;

Rule 3 COMMENCING AN ACTION

FEDERAL RULES OF CIVIL PROCEDURE; Rule 23 et seq. CLASS ACTION

Rule 23(a)(1),(2),(3),(4);

Rule 23(b)(1)(A)(3)(D);

Rule 23(c)(A),(B),(C);

Rule 23(c)(2)(A), (B)(i),(ii),(iii),(iv),(v),(vi),(vii);

Rule 23(d)(1)(A),(B)(i),(ii),(iii);

Rule 23(d)(1)(C),(D),(E);

FEDERAL RULES OF CRIMINAL PROCEDURE;

Rule 3 THE COMPLAINT

Rule 4 ARREST WARRANT OR SUMMONS ON A COMPLAINT

Rule 5 INITIAL APPEARANCE

(14)