# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEFFREY LYNN GERMAIN, et al.,

    Petitioners,

v.                                                      Case No. 13-12904

LARSON,

    Respondent.

                                                     /

## JUDGMENT

In accordance with the court's "Order Summarily Dismissing Habeas Petition and Denying Certificate of Appealability" dated August 8, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Larson. Dated at Detroit, Michigan, this 8th day of August 2013.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                <u>s/ Holly Monda for Lisa Wagner</u>
                                      By:    Holly Monda for Lisa Wagner, Case
                                                   Manager to Judge Robert H. Cleland